O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PABLO JIMENEZ <br> Defendant. | CASE NO. SA CR13-0150 AG <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
　　D submits to detention.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
　　See above.

IT IS ORDERED that defendant be detained.

DATED: August 24, 2017

　　　　　　　　　　　　　　　HONORABLE JAY C. GANDHI
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2